# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00065-CV

**William Joseph Connors III, Appellant**

**v.**

**Connie Vandergriff, The Appointed Substitute Trustee for Citimortgage, Inc., Appellee**

---

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY,
NO. D-1-GN-17-005968, THE HONORABLE TIM SULAK, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee Connie Vandergriff, the Appointed Substitute Trustee for Citimortgage, Inc., has notified this Court that appellant William Joseph Connors III has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Case No. 19-10725 D). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Chief Justice Rose, Justices Triana and Smith

Bankruptcy

Filed:   July 3, 2019